

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Catrina Maldonado, Appellant

No. 06-14-00010-CR     v.

The State of Texas, Appellee

Appeal from the 235th District Court of Cooke County, Texas (Tr. Ct. No. CR11-00316). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We note that the appellant, Catrina Maldonado, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 11, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk